JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
NOAH T. VIENGXAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00010 BAM |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SECOND REVIEW HEARING; |
| ) | ORDER THEREON |
| NOAH T. VIENGXAY ) | |
| ) | Date: April 11, 2013 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Dept : Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the review hearing in the above-referenced action now scheduled for April 4, 2013, **may be continued to April 11, 2013 at 10:00 a.m.**

The reason for this continuance is because the defense needs more time for defendant to be present at the hearing. The government does not object, and agrees that the warrant should be held until April 11, 2013. The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 1, 2013        By:    /s/ *Megan A.S. Richards*
                                   MEGAN A.S. RICHARDS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

DATED: April 1, 2013        By:    /s/ *Janet Bateman*
                                   JANET BATEMAN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   NOAH T. VIENGXAY


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   **April 1, 2013**             **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE